IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PUBLIC SERVICE TOWERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY STORES, L.P., <br><br> Defendant and <br> Third-Party Plaintiff, <br><br> v. <br><br> PINNACLE CONSTRUCTION SERVICES, INC., <br><br> Third-Party Defendant. | CIVIL ACTION NO. <br> 4:14-CV-00096 (CDL) |

### DEFENDANT BEST BUY STORES, L.P'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant discloses the following:

Defendant Best Buy Stores, L.P. is a Virginia limited partnership, with one general partner, BBC Property Co., and one limited partner, BBC Investment Co., both of which are wholly-owned subsidiaries of Best Buy Co., Inc., a publicly traded company.

Respectfully submitted this 5th day of May, 2014.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ *Jennifer A. Adler*
Jennifer A. Adler
Georgia Bar No. 585635
One Atlantic Center
1201 West Peachtree Street
Suite 2200
Atlanta, GA  30309

30689741.1

Telephone: 404-760-4300
Facsimile: 404-233-1267
Email: jaadler@rkmc.com

Attorneys for Defendant Best Buy Stores, L.P.

30689741.1

## **CERTIFICATE OF SERVICE**

This is to certify that on May 5, 2014, the foregoing **Defendant's Corporate Disclosure Statement** was submitted for filing to the Clerk of the Courts by using the ECF system which will send a Notice of Electronic Filing to the ECF participants of record as follows:

Virgil Ted Theus, (ted@tedtheuslaw.com).

                                                   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                                   */s/ Jennifer A. Adler*
                                                   Jennifer A. Adler

30689741.1